*curiae* out of time denied. Certiorari denied. 

No. 10–7768. KING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–8114. TENORE *v.* MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 10–8497. RUTHERFORD *v.* UNITED STATES DISTRICT COURTS ET AL. C. A. 5th Cir. Certiorari before judgment denied.

No. 10–8660. BALDWIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 10–8717. EDWARDS *v.* SNIEZEK, WARDEN. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–8730. LETO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 09–10810. HALL *v.* BOATWRIGHT, WARDEN, *ante,* p. 853;
No. 10–573. SHEPHERD MONTESSORI CENTER MILAN *v.* ANN ARBOR CHARTER TOWNSHIP ET AL., *ante,* p. 1137;
No. 10–583. AYANBADEJO ET UX. *v.* NAPOLITANO, SECRETARY OF HOMELAND SECURITY, ET AL., *ante,* p. 1138;
No. 10–628. O'CONNOR *v.* COLORADO COLLEGE ET AL., *ante,* p. 1139;
No. 10–642. KONE *v.* VIRGINIA DEPARTMENT OF STATE POLICE, *ante,* p. 1139;
No. 10–5267. CRUZ GONZALEZ *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 912;